# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 24, 2020

## NO. 03-19-00822-CV

**Kent-Shay Brown, Jr., Appellant**

**v.**

**Lacey Brown, Appellee**

### APPEAL FROM COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
### BEFORE JUSTICES GOODWIN, KELLY, AND SMITH
### DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE GOODWIN

Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. The appellant shall pay all costs relating to this appeal, both in this Court and in the court below.